ACCEPTED
03-14-00605-CR
4904160
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/15/2015 3:49:41 PM
JEFFREY D. KYLE
CLERK

CAUSE No. 03-14-00605-CR

IN THE COURT OF APPEALS
FOR THE THIRD COURT OF APPEALS DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/15/2015 3:49:41 PM
JEFFREY D. KYLE
Clerk

HOWARD THOMAS DOUGLAS,
Appellant,

VS.

THE STATE OF TEXAS,
Appellee.

On appeal from Cause No. D-1-DC-12-900059,
in the 331st Judicial District Court,
Travis County, Texas

## APPELLANT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Appellant, Howard Thomas Douglas, and files this Third Motion for Extension of Time to File Appellant's Brief, and in support thereof respectfully shows this Court the following:

**I.**

## APPELLANT SEEKS *ONE WEEK* EXTENSION OF TIME TO FILE BRIEF

1. Appellant is appealing his conviction in the 331st Judicial District Court of Travis County, Texas, for the felony offense of securing execution of a document by deception.

2. **Appellant's Brief is due to be filed on April 15, 2015**.

DEFENDANT'S THIRD MOTION TO EXTEND TIME TO FILE BRIEF          PAGE 1

3. **Appellant seeks a SEVEN (7) DAY extension** of time in which to file his Appellant's Brief.

4. Appellant's counsel recently spent three days in trial in *Miller, et al., v. De Fina, et al.*, Civil Action No. 4:13cv735, which was pending before United States Magistrate Don Bush in the Eastern District of Texas. In light of the trial, which began on April 7, 2015 and ended on April 9, 2015 and several days of pretrial preparation, Appellant's counsel had to devote approximately 6 days almost exclusively to the *Miller* matter during the time shortly before the April 15, 2015, deadline for filing Appellant's Brief.

5. Additionally, the *State v. Douglas* trial continues to be a challenge on appeal. Appellant anticipates asserting as one of his arguments on appeal that the evidence was not legally sufficient to support the jury's verdict of guilty. Trial lasted one week and resulted in five volumes of testimony and six volumes of exhibits. Appellant's counsel needs additional time to review all of the testimony and the exhibits in order to present a thorough analysis of such evidence to this Court. Appellant's counsel respectfully submits that justice would be best served by allowing Appellant's counsel additional time in which to prepare Appellant's Brief.

6. **Appellant respectfully moves this Court for an extension of SEVEN (7) DAYS in which to file Appellant's Brief.** *See* Tex. R. App. P. 10, 5(b), 38.6(d), which would make Appellant's Brief due on April 23, 2015.

7.      **State Does Not Oppose Extension**.  Appellant's counsel conferred via telephone with Mr. Scott Taliaferro, chief of the appellate section for the Travis County Criminal District Attorney's Office and counsel for the State of Texas, on April 15, 2015, regarding the merits of this Motion, and Mr. Taliaferro stated that **the State does not oppose Appellant's third motion** to extend time to file Appellant's Brief.

## II.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court to grant Appellant an extension of seven (7) days in which to file Appellant's Brief, making the Brief due on or before **April 23, 2015**.  Appellant further seeks such other relief to which he may be entitled, at law or in equity.

Respectfully submitted,

/S/ Craig M. Price
Craig M. Price
State Bar No. 16284170
cmp@hammerle.com
Hammerle Finley Law Firm
2871 Lake Vista Dr., Suite 150
Lewisville, Texas 75067
Tel: (972) 436-9300
Fax: (972) 436-9000
Attorney for Appellant

## CERTIFICATE OF CONFERENCE

I certify that Appellant's current counsel spoke with Mr. Scott Taliaferro, counsel for the State of Texas, on April 15, 2015, regarding the merits of this Motion, and Mr. Taliaferro stated that the State of Texas does not oppose Appellant's Third Motion to Extend Time to File Appellant's Brief.

/S/ Craig M. Price
Craig M. Price

## CERTIFICATE OF SERVICE

This is to certify that on April 15, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Travis County, PO Box 1748, Austin, Texas 78767, by e-service.

/S/ Craig M. Price
Craig M. Price